**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN BENSCOTER, | No. 4:22-CV-01142 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

**ORDER**

**AUGUST 22, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY**

**ORDERED** that:

1.  Defendant Nationwide Mutual Insurance Company's Motion for

    Summary Judgment (Doc. 29) is **GRANTED** as to Counts I, II, III, and

    V and **DENIED** as to Count IV.

2.  Plaintiff John Benscoter's Motion for Partial Summary Judgment (Doc.

    36) is **DENIED**.

3.  Upon resolution of the remaining claim in the case the Clerk of Court

    is directed to enter judgment against Plaintiff, and in favor of

    Defendant as to Count I, II, III, and V.

4.      Plaintiff John Benscoter shall file any amended pleadings on or before

**September 12, 2023**.

                                        BY THE COURT:


                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        Chief United States District Judge