IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN BENSCOTER, | No. 4:22-CV-01142 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

JANUARY 10, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Nationwide Mutual Insurance Company's Motion to Dismiss (Doc. 52) is **GRANTED WITH PREJUDICE**.

2. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge